IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FAITH THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIOLIFE PLASMA SERVICES, L.P., ) <br> ) <br> Defendant. ) | Case No. 5:17-cv-6018 <br><br> Removal from Circuit Court of <br> Clinton County, Missouri <br> Case No. 17CN-CV00018 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, BioLife Plasma Services, L.P. ("BioLife" or "Defendant"), by and through its attorneys, Lathrop & Gage LLP and Seyfarth Shaw LLP, files this Notice of Removal with respect to Case No. 17CN-CV00018, filed in the Circuit Court of Clinton County, Missouri  In support of this Notice, BioLife states as follows:

1. On January 12, 2017, Plaintiff Faith Thompson filed a purported class action Complaint in the Circuit Court of Clinton County, Missouri, entitled *Faith Thompson v. BioLife Plasma Services, L.P.*, Case No. 17CN-CV00018.  True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On January 17, 2017, BioLife was served with a summons and a copy of the Complaint.  *See* Ex. A.

3. In accordance with 28 U.S.C. § 1446(b), BioLife filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

1

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through her counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Clinton County, Missouri.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts claims under federal law. In her Complaint, Plaintiff claims that Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(3). *See* Compl. ¶¶ 1, 7-8, 27-73.

8. Because Plaintiff asserts claims under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, BioLife does not concede nor waive any defense to this action, including that Plaintiff lacks standing to bring this action. BioLife reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, BioLife respectfully removes this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

**DATED: February 15, 2017**

Respectfully submitted,

BIOLIFE PLASMA SERVICES, L.P.

By: */s/ Rosalee M. McNamara*
Rosalee M. McNamara
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108
Phone: (816) 460-5604
rmcnamara@lathropgage.com

Ellen McLaughlin*
Pamela Q. Devata*
John W. Drury*
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Phone: (312) 460-5000

*request for pro hac vice admission to be submitted*

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, a copy of the foregoing was served by Federal Express to the following counsel of record:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

Attorneys for Plaintiff

          */s/ Rosalee M. McNamara*
          An Attorney for Defendant

3
27023975v1
Case 5:17-cv-06018-SRB    Document 1    Filed 02/15/17    Page 3 of 3